**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                               June 29, 2020
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

## CANCELLATION NOTICE

The status conference scheduled for Tuesday, June 30, 2020, at 10:00 AM, before the Honorable Lisa Margaret Smith, United States Magistrate Judge, in the matter of <u>Oates v. Wal-Mart Supercenter Store #2104, et al.</u>, 19-cv-9682 (NSR) (LMS), has been *cancelled*.

SO ORDERED: _/s/ Lisa Margaret Smith_
Hon. Lisa Margaret Smith
U.S.M.J.